IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KELLY WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV420-217 |
| | ) |
| HH SAVANNAH, LLC; and HYATT CORPORATION; | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is Plaintiff Kelly Wilson's Unopposed Motion to Substitute Parties, which Defendants have not opposed. (Doc. 36.) Pursuant to Federal Rule of Civil Procedure 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." After careful consideration, Plaintiff's motion (Doc. 36) is **GRANTED**. Plaintiff's claims against Hyatt Corporation are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's request to file a second amended complaint adding HHC TRS Savannah, LLC as a party-defendant is **GRANTED**. The Clerk of Court is **DIRECTED** to amend the caption accordingly.

SO ORDERED this 15th day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA