# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| KELLY WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-217 |
| | ) | |
| HH SAVANNAH, LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Motion to Seal her Motion for Sanctions. Doc. 52. In response, Defendants indicate that the motion may be moot since they consent to the disclosure of certain documents, marked by them as "Confidential," for purposes of the Plaintiff's motion. Doc. 58 at 2. Plaintiff filed her Motion for Sanctions on the public docket. *See generally* doc. 59, *see also id.* at 2, n. 1. Therefore, Plaintiff's Motion to Seal is **DISMISSED, as moot**. Doc. 52.

**SO ORDERED,** this 16th day of December, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA