IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELLY WILSON,

    Plaintiff,

    v.

HHC TRS SAVANNAH, LLC; and HYATT CORPORATION,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-217

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendants on August 4, 2023, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this case. (Doc. 108.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 8th day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA